UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE SEYMORE,

        Plaintiff,

v.

FARMER,

        Defendant.

_____/

Case No. 16-13808

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [11]; DENYING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [8]**

On March 7, 2017, Magistrate Judge Morris issued a Report and
Recommendation [11] on Defendant's Motion for Summary Judgment filed on
December 27, 2016 [8], recommending that the Motion be denied. Neither party
has filed any objection to the Report and Recommendation.

The Court has reviewed the Motion for Summary Judgment [8], the response
filed by Plaintiff [9], and the Report and Recommendation [11] denying
Defendant's Motion for Summary Judgment. The Report and Recommendation
[11] is hereby **ADOPTED** and entered as the findings and conclusions of the
Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [8] is

**DENIED**.

**SO ORDERED**.


                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
Dated: May 5, 2017                      Senior United States District Judge