UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Petitioner,                           Case No: 2:16-cv-13808
                                              Hon. Denise Page Hood
vs.                                          MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

**INDEX OF EXHIBITS TO**
**PLAINTIFF TOMMIE SEYMORE'S**
**MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

    Exhibit A    Proposed Writ of Tommie Seymore

    Exhibit B    Proposed Writ of Kevin King to testify by video

    Exhibit C    Proposed Writ of Harold Shaw, Jr. to testify by video

    Exhibit D    Proposed Writ of Carlos King to testify by video

    Exhibit E    Proposed Writ of Marco Dean to testify by video