UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Petitioner,

vs.

MICHAEL FARMER,

    Defendant.

_____/

Case No: 2:16-cv-13808
Hon. Denise Page Hood
MJ: Patricia T. Morris

## EXHIBIT A TO
## PLAINTIFF TOMMIE SEYMORE'S
## MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM

Exhibit A   Proposed Writ of Tommie Seymore

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Plaintiff,                             Case No: 2:16-cv-13808
                                           Hon. Denise Page Hood
vs.                                           MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO  <u>G. Robert Cotton Correctional Facility</u>
THE AGENCY OR PERSON

HAVING CUSTODY OF   <u>Tommie Seymore</u>     <u>213863</u>
                                  Name          MDOC I.D.

     The above named prisoner is a  <u>Plaintiff</u>  in the above-entitled action. His/her appearance is necessary in conjunction with proceedings scheduled in this court. Now therefore,

     IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued forthwith commanding the above named custodian to produce said prisoner in this Court, United States Courthouse, 231 W. Lafayette, Detroit, Michigan 48226 on June 7, 2022 at 9:00 a.m., before Honorable Denise Page

Hood and upon the completion of his appearance such prisoner shall be returned to the custodian named above.

Dated April 25, 2022

                                            United States District Judge

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: G. Robert Cotton Correctional Facility THE AGENCY OR PERSON HAVING CUSTODY OF Tommie Seymore        213863
                                   Name              I.D. No.

Pursuant to the above Order, you are directed to have and produce the above named prisoner before the United States District Court at the place, date and hour indicated, in order that the prisoner may appear in the above-entitled action; when his appearance is no longer required, he shall be returned to the above-named institution.

        By: _____
                Case Manager