UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Petitioner,                                 Case No: 2:16-cv-13808
                                                  Hon. Denise Page Hood
vs.                                              MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

**EXHIBIT B TO**
**PLAINTIFF TOMMIE SEYMORE'S**
**MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM**

Exhibit B    Proposed Writ of Kevin King to testify by video

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Plaintiff,                                   Case No: 2:16-cv-13808
                                                         Hon. Denise Page Hood
vs.                                                       MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO   <u>G. Robert Cotton Correctional Facility</u>
THE AGENCY OR PERSON

HAVING CUSTODY OF   <u>Kevin King</u>        <u>171671</u>
                                Name                MDOC I.D.

    The above named prisoner is a   <u>Material Witness</u>   in the above-entitled action. His appearance is necessary in conjunction with proceedings scheduled in this court. Now therefore,

    IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the above named custodian to produce said prisoner to appear via video to give sworn testimony at trial beginning on June 7, 2022 at 9:00 a.m., before Honorable Denise Page Hood.

<u>Dated April 25, 2022</u>                                         _____
                                                                                    United States District Judge

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: <u>G. Robert Cotton Correctional Facility</u> THE AGENCY OR PERSON HAVING

CUSTODY OF     <u>Kevin King</u>         <u>171671</u>
                     Name             I.D. No.

Pursuant to the above Order, you are directed to have and produce the above named prisoner via video before the United States District Court at the place, date and hour indicated, in order that the prisoner may appear in the above-entitled action.

         By:    _____
                   Case Manager