UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Petitioner,　　　　　　　　　　Case No: 2:16-cv-13808
　　　　　　　　　　　　　　　　　　　　Hon. Denise Page Hood
vs.　　　　　　　　　　　　　　　　　　MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

**<u>EXHIBIT D TO</u>**
**<u>PLAINTIFF TOMMIE SEYMORE'S</u>**
**<u>MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM</u>**

Exhibit D　Proposed Writ of Carlos King to testify by video

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Plaintiff,

vs.

MICHAEL FARMER,

    Defendant.

_____/

Case No: 2:16-cv-13808
Hon. Denise Page Hood
MJ: Patricia T. Morris

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO  Macomb Correctional Facility, care of Warden George Stephenson, 34625 26 Mile Rd, Lenox Township, MI 48048.

THE AGENCY OR PERSON

HAVING CUSTODY OF  Carlos King     222974
                          Name         MDOC I.D.

The above named prisoner is a   Material Witness   in the above-entitled action. His/her appearance is necessary in conjunction with proceedings scheduled in this court. Now therefore,

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the above named custodian to produce said prisoner to appear via video to give sworn testimony at trial beginning on June 7, 2022 at 9:00 a.m., before Honorable Denise Page Hood.

Dated April 25, 2022                            _____
                                                                United States District Judge

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: <u>Macomb Correctional Facility</u> THE AGENCY OR PERSON HAVING

CUSTODY OF <u>Carlos King         222974</u>
                      Name            I.D. No.

Pursuant to the above Order, you are directed to have and produce the above named prisoner via video before the United States District Court at the place, date and hour indicated, in order that the prisoner may appear in the above-entitled action.

By: _____
       Case Manager