UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Petitioner,     Case No: 2:16-cv-13808
                                  Hon. Denise Page Hood
vs.                         MJ: Patricia T. Morris

MICHAEL FARMER,

    Defendant.
_____/

**<u>EXHIBIT E TO</u>**
**<u>PLAINTIFF TOMMIE SEYMORE'S</u>**
**<u>MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM</u>**

Exhibit E    Proposed Writ of Marco Dean to testify by video

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOMMIE SEYMORE,

    Plaintiff,

vs.

MICHAEL FARMER,

    Defendant.

_____/

Case No: 2:16-cv-13808
Hon. Denise Page Hood
MJ: Patricia T. Morris

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO   Carson City Correctional Facility, care of Warden Randee Rewerts, 10274 Boyer Road, Carson City, MI 48811

THE AGENCY OR PERSON

HAVING CUSTODY OF   Marco Dean      506057
                                 Name            MDOC I.D.

The above-named prisoner is a   Material Witness   in the above-entitled action. His appearance is necessary in conjunction with proceedings scheduled in this court. Now therefore,

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued commanding the above-named custodian to produce said prisoner to appear via video to give sworn testimony at trial beginning on June 7, 2022 at 9:00 a.m., before Honorable Denise Page Hood.

Dated April 25, 2022

                                                                         United States District Judge

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: <u>Carson City Correctional Facility</u> THE AGENCY OR PERSON HAVING

CUSTODY OF <u> Marco Dean          506057 </u>
                        Name                 I.D. No.

Pursuant to the above order, you are directed to produce the above-named prisoner via video before the United States District Court at the place, date and hour indicated, so the prisoner may appear in the above-entitled action.

                By:   <u>                         </u>
                                 Case Manager