UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE SEYMORE,

    Plaintiff,

vs.

MICHAEL FARMER,

    Defendant.
_____/

Case No: 2:16-cv-13808
Hon. Denise Page Hood

## VERDICT FORM

We, the jury, answer the questions submitted as follows:

1. Did Defendant Michael Farmer retaliate against Plaintiff Tommie Seymore for asking to speak to his supervisor (which is protected conduct under the First Amendment)?

   - Yes  ✓
   - No  ____

If your answer to Question 1 is "yes," please go on to Question 2. If your answer to Question 1 is "no," please stop here.

2. Did Plaintiff Tommie Seymore suffer damages as a result of the retaliation?

   - Yes  ✓
   - No  ____

If your answer to Question 2 is "yes," please go on to Question 3. If your answer to Question 2 is "no," please stop here.

3. What is the total amount of Plaintiff Tommie Seymore's damages in the following categories:

- Emotional Damages: $33,000
- Actual/Compensatory Damages: $500
- Punitive Damages: $150,000

Signed,

s/Jury Foreperson
In compliance with the Privacy Policy Adopted
by the Judicial Conference, the verdict form
with the original signature has been filed under seal.

1-13-23
Date